IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

RONNIE MEDINGER,

        Plaintiff,        Civil No. 11-3014-HO

    v.                        ORDER

TREVOR ARNOLD, et al.,

        Defendants.

HOGAN, District Judge.

    Plaintiff's Motion for leave to file an amended complaint (#80) is allowed. Plaintiff is allowed 45 days from the date of this order to file an amended complaint. No further amendments will be allowed.

    Defendants' motion to dismiss (#57) is denied without prejudice to seek reconsideration after plaintiff has filed an amended complaint.

    Plaintiff's Motion for Summary Judgment (#64) and Motion (#85) are denied.

    DATED this 8th day of December, 2011.

                              Michael R. Hogan
                              United States District Judge

1 - ORDER